MARGARET D. FITZGERALD, PLAINTIFF-RESPONDENT, v. JOHN K. GORE ET AL., DEFENDANTS-APPELLANTS, AND YELLOW CAB, INCORPORATED, DEFENDANT.

Submitted May term, 1929—Decided October 21, 1929.

Before GUMMERE, CHIEF JUSTICE, and Justices KALISCH and CAMPBELL.

For the appellants, *Edward R. McGlynn.*

For the respondent, *James F. X. O'Brien* and *Joseph Coult.*

PER CURIAM.

The plaintiff below was a passenger in a car of the defendant, Yellow Cab, Incorporated, which came into collision with a car of the defendants Gore and Cook, and plaintiff being injured brought suit against all three defendants.

The trial of the issue resulted in a nonsuit in favor of the Yellow Cab, Incorporated, and a verdict in favor of plaintiff and against the other defendants for $800.

We are asked to reverse this judgment upon two grounds.

First, because it was error to nonsuit in favor of the defendant, Yelow Cab, Incorporated.

This does not present a ground of error for reversal. *Newman* v. *Fowler,* 37 *N. J. L.* 89; *Public Service Railway Co.* v. *Matteucci,* 6 *N. J. Adv. R.* 1545.

Second, that it was error to refuse to direct a nonsuit in favor of the remaining defendants, the appellants here.

The proofs present facts and circumstances from which their negligence, causing the happening could be found, thus presenting a jury question. There was, therefore, no error in refusing to nonsuit as to them.

The judgment under review is therefore affirmed.